# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Md Shah Alam, | No. CV-26-03222-PHX-DWL (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Luis Rosa, Jr., | |
| Respondent. | |

Petitioner challenges his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).  (Docs. 1, 4.)  On May 22, 2026, Respondents filed a response.  (Doc. 9.)  The Court will direct Respondents to file a status update.

In their response, Respondents state that Petitioner's removal order became final on February 10, 2026 and argue that Petitioner's *Zadvydas* claim fails because he "has not been detained under Section 1231 for six months yet."  (Doc. 9 at 1, 5.)  That assertion may have been true at the time the response was filed, but the six-month threshold has now been reached.

Because Petitioner appears to remain in detention, the Court will direct Respondents to provide a status update as to their efforts to remove Petitioner.  The only information on that topic in the current record is Respondents' earlier assertion that "[i]mmigration officials requested travel documents from Bangladesh on April 27, 2026, and that request is pending."  (Doc. 9 at 2.)  Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual

statements made therein and signed under penalty of perjury.

Finally, as for Petitioner's recently filed motion for a temporary restraining order (Doc. 12), that request is denied without prejudice in light of this order requiring the provision of a status update.

**IT IS THEREFORE ORDERED** that no later than August 18, 2026, Respondents must provide a status update as to the efforts to remove Petitioner.  Petitioner may respond to the status update no later than August 25, 2026.

**IT IS FURTHER ORDERED** that Petitioner's motion for temporary restraining order (Doc. 12) is **denied without prejudice**.

Dated this 11th day of August, 2026.

_____
Dominic W. Lanza
United States District Judge